FILED
JAMES BONINI
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

06 FEB 17 PM 3:41

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

UNITED STATES OF AMERICA

VS. : NO. 2:06 cr 047

26 U.S.C. §7206(1)

JUDGE SMITH

EDWARD E. DACEY

INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

COUNT 1

On or about April 15, 2005, in the District of Rhode Island, the defendant, EDWARD E. DACEY, a resident of Coventry, Rhode Island, did willfully make and subscribe a U.S. Individual Income Tax Return for calendar year 2004 which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, which said Income Tax Return he did not believe to be true and correct as to every material matter in that the said return failed to disclose that he received gross income from Ridgewood Holdings, whereas, as he then and there well knew and believed, he was required by law and regulation to disclose his employment by this business and the gross income he derived therefrom.

In violation of 26 U.S.C. §7206(1).

GREGORY G. LOCKHART
United States Attorney

GARY L. SPARTIS
Deputy Criminal Chief

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 2-17-06
JAMES BONINI, CLERK
BY: Shawntel Jackson
Deputy Clerk
DATE: 4-2-07