# U.S. District Court
# Southern District of Ohio (Columbus)
# CRIMINAL DOCKET FOR CASE #: 2:06-cr-00047-GCS-ALL
## Internal Use Only

CR07-37ML

Case title: USA v. Dacey

Date Filed: 02/17/2006

Assigned to: George C Smith

I CERTIFY THAT THIS IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED IN MY OFFICE ON 2-17-06
JAMES BONINI, CLERK
BY: Shawnta Jackson
Deputy Clerk
DATE: 4-2-07

**Defendant**

**Edward E Dacey** (1)
*TERMINATED: 09/22/2006*

represented by **Tom Briody**
72 Pine Street
1st Floor
Providence, RI 02903
US
401-751-5151 x125
Email: tbriodylaw@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| FRAUD AND FALSE STATEMENTS (1) | 2 years probation to include 5 months home confinement, electronic monitoring waived and $100 special assessment. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |

None

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA** represented by **Marcia Jane Harris**
United States Attorney's Office
- 2
303 Marconi Boulevard
2nd Floor
Columbus, OH 43215
614-469-5715
Email: marcia.harris@usdoj.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/17/2006 | 1 | INFORMATION as to Edward E Dacey (1) count(s) 1. Arraignment set for 4/5/2006 01:30 PM before George C. Smith. (lvw, ) (Entered: 02/22/2006) |
| 02/17/2006 | 2 | PLEA AGREEMENT as to Edward E Dacey (lvw, ) (Entered: 02/22/2006) |
| 02/17/2006 | 3 | ELEMENTS OF THE OFFENSE as to Edward E Dacey (lvw, ) (Entered: 02/22/2006) |
| 02/22/2006 | 4 | NOTICE OF HEARING as to Edward E Dacey Arraignment set for 4/5/2006 01:30 PM before George |

| | | |
|---|---|---|
| | | C. Smith. (lvw, ) (Entered: 02/22/2006) |
| 02/28/2006 | 5 | NOTICE OF HEARING as to Edward E Dacey -OR bond conf set for 4/5/2006 @ 1:00pm in chambers before Terence P Kemp. (wh1, ) (Entered: 02/28/2006) |
| 04/04/2006 | 6 | ORDER Setting Conditions of Release as to Edward E Dacey (1) signed by Judge Terence P Kemp on 4/4/2006 -OR bond set (wh1, ) (Entered: 04/04/2006) |
| 04/04/2006 | | OR Bond conf for Edward E Dacey held on 4/4/2006 (wh1, ) (Entered: 04/04/2006) |
| 04/05/2006 | 7 | WAIVER OF INDICTMENT by Edward E Dacey (lvw, ) (Entered: 04/05/2006) |
| 04/05/2006 | 8 | Minute Entry for proceedings held before Judge George C. Smith :Arraignment as to Edward E Dacey (1) Count 1 held on 4/5/2006, Guilty plea entered by Edward E Dacey (1) Guilty Count 1. Defendant to remain on bond pending sentence. AUSA: Marcia Harris Counsel: Tom Briody (Court Reporter Laura Samuels.) (lvw, ) (Entered: 04/05/2006) |
| 04/05/2006 | 9 | NOTICE of Presentence Refferal to USPO as to Edward E Dacey (lvw, ) (Entered: 04/05/2006) |
| 04/05/2006 | | ORAL MOTION for Leave to Appear pro hac vice Attorney: Thomas Briody. by Edward E Dacey. (lvw, ) (Entered: 04/05/2006) |
| 04/05/2006 | | ORAL ORDER granting [] Motion for Leave to Appear pro hac vice as to Edward E Dacey (1) by Judge George C. Smith on 4/5/06. (lvw, ) (Entered: 04/05/2006) |
| 08/23/2006 | 10 | NOTICE OF HEARING as to Edward E Dacey Sentencing set for 9/20/2006 01:30 PM before George C Smith. (lvw, ) (Entered: 08/23/2006) |
| 09/13/2006 | 11 | MOTION for Substantial Assistance by USA as to |

| | | |
|---|---|---|
| | | Edward E Dacey. (Harris, Marcia) (Entered: 09/13/2006) |
| 09/18/2006 | 12 | RESPONSE to Motion by Edward E Dacey re 11 MOTION for Substantial Assistance (Briody, Tom) (Entered: 09/18/2006) |
| 09/20/2006 | 13 | Minute Entry for proceedings held before Judge George C Smith :Sentencing held on 9/20/2006 for Edward E Dacey (1), Count(s) 1, 2 years probation to include 5 months home confinement, electronic monitoring waived and $100 special assessment. AUSA: Marcia Harris Counsel: Thomas Briody Courtroom Deputy: Lisa Wright (Court Reporter Gina Wells.) (lvw, ) (Entered: 09/20/2006) |
| 09/22/2006 | 14 | JUDGMENT as to Edward E Dacey (1), Count(s) 1, 2 years probation to include 5 months home confinement, electronic monitoring waived and $100 special assessment . Signed by Judge George C Smith on 9/22/06. (lvw, ) (Entered: 09/25/2006) |
| 03/05/2007 | | Transfer of Jurisdiction re: Supervised Release signed by Judge Smith and sent to the District of Rhode Island for further processing as to Edward E Dacey. Letter re: retrieval of ECF documents sent to District of RI. (lvw, ) (Entered: 03/12/2007) |

CLERK'S OFFICE
US DISTRICT COURT
ONE EXCHANGE TERRANCE
PROVIDENCE, RI 02903